# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 13, 2025

Mr. Michael Samuel Dale
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Mr. Buck Dougherty
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Re: Case No. 23-1803, *ABC of Michigan v. William Cowen*
Originating Case No. 1:23-cv-00277

Dear Counsel,

Enclosed is an Amended Case Caption that should be used for all future case filings made with the court.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Keith E. Eastland
　Mr. Aaron Samsel
　Mr. Paul A. Thomas
　Mr. Tyler James Wiese
　Mr. Stephen J. van Stempvoort

Enclosure