UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: 23-1803

Case Title: Associated Builders & Contractors, Inc. of Michigan vs. William B. Cowen, in his official capacity as Acting General Counsel of the National Labor Relations Board

List all clients you represent in this appeal:

Associated Builders & Contractors, Inc. of Michigan

☒ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☐ Appellee       ☐ Respondent      ☐ Intervenor                  (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

M.E. Buck Dougherty III

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Jacob Huebert          Signature: s/ Jacob Huebert

Firm Name: Liberty Justice Center

Business Address: 7500 Rialto Blvd., Suite 1-250, Austin, TX 78735

City/State/Zip: Austin, TX 78735

Telephone Number (Area Code): 512.481.4400

Email Address: jhuebert@ljc.org

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17