# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  February 26, 2025

Mr. Michael Samuel Dale
Mr. Aaron Samsel
Mr. Paul A. Thomas
Mr. Tyler James Wiese
National Labor Relations Board
1015 Half Street, S.E.
Fourth Floor
Washington, DC 20003

Re: Case No. 23-1803, *ABC of Michigan v. William Cowen*
Originating Case No. 1:23-cv-00277

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing in the above case.

Your response, not to exceed 3900 words, must be filed electronically not later than the close of business on **March 12, 2025**.

Please note that no extensions will be granted.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Keith E. Eastland
   Mr. Jacob H. Huebert
   Mr. Stephen J. van Stempvoort

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-1803**

ASSOCIATED BUILDERS AND CONTRACTORS OF MICHIGAN

      Plaintiff - Appellant

v.

WILLIAM B. COWEN, in his official capacity as Acting General Counsel National Labor Relations Board;

      Defendants - Appellees