UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-1803**

Case Title: **ABC of Michigan** vs. **Cowen**

List all clients you represent in this appeal:

> **William Cowen**

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Padraic J. Lehane**     Signature: s/ **Padraic J. Lehane**

Firm Name: **National Labor Relations Board**

Business Address: **1015 Half Street SE, 4th Floor**

City/State/Zip: **Washington, DC 20003**

Telephone Number (Area Code): **202-273-4400**

Email Address: **paddy.lehane@nlrb.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---