No. 23-1803

# In the United States Court of Appeals
# For the Sixth Circuit

ASSOCIATED BUILDERS AND CONTRACTORS OF MICHIGAN,

*Plaintiff-Appellant,*

v.

WILLIAM B. COWEN, in his official capacity as Acting General
Counsel National Labor Relations Board,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:23-cv-00277 - Hon. Robert J. Jonker

## APPELLEE'S RESPONSE TO APPELLANT'S MOTION FOR
## PANEL REHEARING OR TO VACATE AND DISMISS

WILLIAM B. COWEN
*Acting General Counsel*
STEPHANIE CAHN
*Acting Deputy General Counsel*
NANCY E. KESSLER PLATT
*Assoc. General Counsel*
DAWN L. GOLDSTEIN
*Deputy Assoc. General Counsel*

KEVIN P. FLANAGAN
*Deputy Asst. General Counsel*
AARON SAMSEL
*Supervisory Attorney*
PADRAIC J. LEHANE
*Attorney*

NATIONAL LABOR RELATIONS BOARD
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570

Defendant-Appellee Acting General Counsel William B. Cowen hereby submits this response to Plaintiff-Appellant's Motion for Panel Rehearing or to Vacate and Dismiss. [ECF Doc. 45]. Defendant-Appellee does not dispute that the case is now moot and does not oppose vacatur of the judgments issued by this Court and the district court under *United States v. Munsingwear*, 340 U.S. 36 (1950), and its progeny.

On February 25, 2025, Appellant filed a Motion for Panel Rehearing or to Vacate and Dismiss based on Acting General Counsel Cowen's rescission of Memorandum 22-04, which former General Counsel Jennifer Abruzzo had issued. [ECF Doc. 45 at 2-3]. Appellant argues that the rescission moots the case. [*Id.* at 3]. Appellee agrees.

Appellee also does not contest the propriety of *Munsingwear* vacatur of the judgments under the circumstances. [*See* ECF Doc. 45 at 3-4]. *Munsingwear* states that when a case becomes moot pending appeal, it is the "duty of the appellate court" to "vacate the judgment below and remand with a direction to dismiss." 340 U.S. at 39-40. However, Appellee takes no position on Appellant's further request to vacate the panel's unpublished opinion, which is not "binding on later panels" under Circuit Rule 32.1(b).

1

Respectfully submitted,

WILLIAM B. COWEN
  *Acting General Counsel*
STEPHANIE CAHN
  *Acting Deputy General Counsel*
NANCY E. KESSLER PLATT
  *Associate General Counsel*
DAWN L. GOLDSTEIN
  *Deputy Assoc. General Counsel*

KEVIN P. FLANAGAN
  *Deputy Assistant General Counsel*
AARON SAMSEL
  *Supervisory Attorney*

/s/ *Padraic J. Lehane*

PADRAIC J. LEHANE
  *Attorney*

National Labor Relations Board
Contempt, Compliance, and
Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570
Tel: (202) 273-4400
Fax: (202) 273-4344
Paddy.Lehane@nlrb.gov

Dated: March 12, 2025
Washington, DC

2

## CERTIFICATE OF COMPLIANCE

I certify that this brief was prepared in Century Schoolbook font, size 14, double-spaced, and is 197 words in accordance with Fed. R. App. P. 27(d)(2)(A).

/s/ Padraic J. Lehane
PADRAIC J. LEHANE
*Attorney*
National Labor Relations Board
Contempt, Compliance, and
  Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570
Tel: (202) 273-4400
Fax: (202) 273-4344
Paddy.Lehane@nlrb.gov