# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 25, 2025

Mr. Jacob H. Huebert
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Re: Case No. 23-1803, *ABC of Michigan v. William Cowen*
Originating Case No. 1:23-cv-00277

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Michael Samuel Dale
Mr. Keith E. Eastland
Mr. Padraic Lehane
Mr. Aaron Samsel
Mr. Paul A. Thomas
Mr. Tyler James Wiese
Mr. Stephen J. van Stempvoort

Enclosure