**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: April 02, 2025

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 23-1803, *ABC of Michigan v. William Cowen*
Originating Case No. 1:23-cv-00277

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Robin Baker, Case Manager

cc: Mr. Michael Samuel Dale
 Mr. Keith E. Eastland
 Mr. Jacob H. Huebert
 Mr. Padraic Lehane
 Mr. Aaron Samsel
 Mr. Paul A. Thomas
 Mr. Tyler James Wiese
 Mr. Stephen J. van Stempvoort

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1803

_____

Filed: April 02, 2025

ASSOCIATED BUILDERS AND CONTRACTORS OF MICHIGAN

    Plaintiff - Appellant

v.

WILLIAM B. COWEN, in his official capacity as Acting General Counsel National Labor Relations Board;

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/13/2025 the mandate for this case hereby issues today.

COSTS: None